**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6934**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

KELVIN ANDRE SPOTTS,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (3:98-cr-00047-1)

_____

Submitted:  September 17, 2008      Decided:  October 3, 2008

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelvin Andre Spotts, Appellant Pro Se.  John J. Frail, Assistant
United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Andre Spotts appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence and related motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Spotts, No. 3:98-cr-00047-1 (S.D. W. Va. May 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED